**UNITED STATES of America, Plaintiff–Appellee,**

v.

**PHOUNG MINH CHAU, Defendant–Appellant.**

**No. 06–15054**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 28, 2007.

John Thomas Kingston, Valrico, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

John T. Kingston, Esq., appointed counsel for Phoung Minh Chau, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Chau's conviction and sentence are **AFFIRMED**.